**SUBT**
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE NO: 2:17-cr-00336-KJD-CWH |
| vs. ) | |
| GLEN ARTHUR JACKSON, ) | |
| Defendant. ) | |

## SUBSTITUTION OF ATTORNEY

I, GLEN ARTHUR JACKSON, do hereby appoint and accept the appointment of ROBERT M. DRASKOVICH, as attorney of record in the place and stead of The Federal Public Defender's Office.

DATED this 6 day of November, 2017.

_____
GLEN ARTHUR JACKSON

I, ROBERT M. DRASKOVICH, do hereby accept the substitution of attorney regarding GLEN ARTHUR JACKSON.

DATED this 6 day of November, 2017.

TURCO & DRASKOVICH, LLP

_____
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
Attorney for Defendant

IT IS SO ORDERED.

DATED: 11/16/17

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE