# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00336-KJD-CWH |
| Plaintiff, | ORDER |
| v. | |
| GLEN ARTHUR JACKSON, | |
| Defendant. | |

Presently before the Court is the United States' Motion to Amend Judgment (#44). Defendant filed a response in opposition (#46). Essentially, the United States seeks to add one (1) victim in the amount of $5,000.00 to the restitution list and thereby, amend the judgment of restitution from the amount of $105,000.00 to $110,000.00. Defendant objects, stating that he "considered the amount of the requested restitution as part of his bargain[.]" However, the plea agreement expressly states that Defendant "agrees to pay restitution in the amount of $5,000.00 per victim, for any victim … who requests restitution prior to sentencing." See Plea Agreement, Doc. No. 33, p. 10, l. 13-16 (#33).

Here, the Court finds that the victim requested restitution before sentencing. A clerical error left the victim off the final restitution list. Accordingly, the Government's motion is granted. The Clerk of the Court shall file an amended judgment which shall reflect the restitution amount of $110,000.00 and attach the Sealed Restitution List found at Sealed Docket No. 45.

**IT IS SO ORDERED.**

Dated this 28th day of October, 2019.

_____
Kent J. Dawson
United States District Judge